

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dixey Evans,

\* From the 220th District Court
of Comanche County,
Trial Court No. CCCV10-00710.

Vs. No. 11-19-00008-CV

\* December 18, 2020

David Nelson Jones, Connie Jones,
and Jones Drilling, Inc.,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J., and
Wright, S.C.J., sitting by assignment)
(Willson, J., and Trotter, J., not
participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and this cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed one-half against Dixey Evans and one-half against David Nelson Jones, Connie Jones, and Jones Drilling, Inc.